## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00059-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   SERVILIO OSWALDO ESCOBAR,

      Defendant.

## ORDER

THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defense.

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's Motion to Disclose Grand Jury Material to Defense (ECF Doc. No. 73), filed February 4, 2013, is **GRANTED.**   It is further

ORDERED that grand jury materials as described in the motion may be disclosed to Defendant Escobar and his counsel in the course of discovery in this case.   It is further

ORDERED that (1) such materials shall only be used in defending this case; (2) defense counsel shall maintain custody of the copy; and (3) that the materials not be reproduced or disseminated without further order by this Court.

Dated: February 4, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE