**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

Criminal Case No.: 12-cr-00059-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SERVILLO OSWALDO ESCOBAR

    Defendant.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 21st day of February, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE