**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   12-cr-00059-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SERVILLO OSWALDO ESCOBAR,

    Defendant.

---

ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on May 15, 2013, it is hereby

    ORDERED that Defendant Servillo Oswaldo Escobar is sentenced to **TIME SERVED.**

    Dated:  May 15, 2013.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE